# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00506-GCM

| | |
|---|---|
| METROLOGIC INSTRUMENTS, INC., HAND HELD PRODUCTS, INC., HONEYWELL INTERNATIONAL INC., <br><br> Plaintiffs, <br><br> v. <br><br> OPTO ELECTRONICS CO., LTD., <br><br> Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motions for Admission *Pro Hac Vice* ("Motions") concerning Tyler T. VanHoutan, York M. Faulkner, Christine E. Lehman, and Connor S. Houghton (ECF No. 31–34).

Upon review and consideration of the Motions, which were accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motions.

In accordance with Local Rule 83.1(b), attorneys VanHoutan, Faulkner, Lehman, and Houghton are admitted to appear before this court *pro hac vice* on behalf of Defendant Opto Electronics Co., Ltd.

**IT IS SO ORDERED**.

Signed: April 7, 2022

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge