UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., HAND HELD PRODUCTS, INC., and METROLOGIC INSTRUMENTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OPTO ELECTRONICS CO., LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:21-cv-00506 |

## ORDER GRANTING JOINT MOTION FOR JOINDER OF THE ISSUES AND ISSUANCE OF A SCHEDULING ORDER

**THIS MATTER COMES** before this Court on the Joint Motion for Joinder of the Issues and Issuance of a Scheduling Order ("Motion") filed by Plaintiffs Honeywell International Inc., Hand Held Products, Inc., and Metrologic Instruments, Inc. ("Plaintiffs") and Defendant OPTO Electronics Co., LTD. ("Defendant") (together with Plaintiffs, the "Parties"). Having reviewed the Motion and being fully apprised of the grounds for said Motion, the Court finds good cause exists to grant the Motion.

WHEREFORE, the Parties' Motion is GRANTED. In its discretion, the Court considers the issues in this case joined under Local Rule 16.1(d). As such, the Court will issue a scheduling order allowing discovery to proceed as to Plaintiffs' breach of contract claim and Defendant's defenses to the same while Plaintiffs' Motion to Dismiss Defendant's Counterclaims is pending. The Court instructs the Parties to conduct an Initial Attorneys' Conference under Local Rule 16.1(a) within fourteen (14) days of entry of this Order. The Court will enter a scheduling order once the Parties submit their Initial Attorneys' Conference Report.

**SO ORDERED.**

Signed: April 8, 2022

Graham C. Mullen
United States District Judge