UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC.,<br>HAND HELD PRODUCTS, INC., and<br>METROLOGIC INSTRUMENTS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| OPTO ELECTRONICS CO., LTD., | ) ) | |
| Defendant and<br>Counterclaim Plaintiff | ) ) ) | Case No. 3:21-cv-00506 |
| v. | ) ) ) | |
| HONEYWELL INTERNATIONAL INC.,<br>HAND HELD PRODUCTS, INC., and<br>METROLOGIC INSTRUMENTS, INC., | ) ) ) ) | |
| Counterclaim Defendants. | ) | |

**ORDER AND COMMISSION**
**FOR DEPOSITIONS TO BE TAKEN IN JAPAN**

**TO:    Any Consul or Vice Consul of the United States of America**
U.S. Consulate General Osaka
2-11-5 Nishitenma
Kita-ku, Osaka
530-8543

Upon the application of Plaintiffs Honeywell International Inc., Hand Held Products, Inc.,

and Metrologic Instruments, Inc. (collectively, "Honeywell") in the United States District Court

for the Western District of North Carolina, Case No. 3:21-cv-00506, and pursuant to Article 17

of the United States – Japan Consular Convention:

IT IS ORDERED that the depositions on notice of the following witnesses and corporate representatives of Defendant OPTO Electronics Co., Ltd. be taken at the United States Consulate in Osaka, Japan:

1. Rie Ashihara

2. Mitsuaki Hirono

3. Masaki Kurokawa

4. Takashi Ushiki

5. Shigeaki Tanaka

6. Yoshiaki Komo

commencing on or about **Monday, September 26, 2022 at 9.00** and terminating on or about **Friday, September 30, 2022 at 17.00**, and to mark any documentary exhibits in connection therewith.

Counsel for Honeywell who will attend or assist in the depositions include the following attorneys with Alston & Bird LLP:

1. Matthew Scott Stephens

2. Scott Benjamin Pleune

3. Stephen Richard Lareau

4. Michael R. Hoernlein

5. Brandon C. E. Springer

6. Lauren Nichole Griffin

Counsel for OPTO who will attend or assist in the depositions include the following attorneys with McGuireWoods LLP, York Moody Faulkner, or Reichman Jorgensen Lehman & Feldberg LLP:

1.      Christine E. Lehman

2.      Connor S. Houghton

3.      Jessica Lynn O'Brien

4.      Robert A. Muckenfuss

5.      Tyler T. VanHoutan

6.      York M. Faulkner

7.      Zachary L. McCamey

Court reporters and videographers who may attend the deposition include:

1.      Mary Allred

2.      Kadi Anna Harmon

3.      Lisa Feissner

4.      Leslie Anne Todd

5.      Renee Michele Kelch

6.      Lisa Ann Knight

7.      Susan Dena Wasilewski

8.      Anne Marie Torreano

9.      Charlotte Denise Lacey

10.     Jason Thomas Meadors III

11.     Jean Kim

12.     Nache Buie

13.     Christie Jeon

14.     Trevor Price

15.     Chester Wong

16.     Thomas Kinsey Feissner

17.     Bridgette Lynn Rast

18.     Jillian Barricelli

Interpreters who may attend the deposition include:

1.     Naoko Selland

2.     Mike Sekine

3.     Hanako Kaku

4.     Grace Liu

5.     Toby Rushbrook

6.     Yoshiko Iga

7.     Akiko Hirashima

8.     Noriko Hasegawa

9.     Andrew Meehan

10.     Megumi Matsuoka

11.     William Lise

Please cause the testimony of said witnesses to be recorded by video and reduced to writing in English; the depositions signed by said witnesses; said deposition testimony to be annexed to your commission and close the same under your seal; and make return thereof to this Court with all convenient speed. Alternatively, the parties may agree in writing to have the transcripts prepared and distributed among the parties by the court reporters without further Consulate or judicial involvement.

SO ORDERED.

Graham C. Mullen
United States District Judge

Signed: July 18, 2022