IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21CV506

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL, INC., | ) | |
| HAND HELD PRODUCTS, INC., and | ) | |
| METROLOGIC INSTRUMENTS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| OPTO ELECTRONICS CO., LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court upon its own motion. The Court has recently discovered that a conflict of interest exists with this case. Accordingly, the undersigned must recuse himself and direct the Clerk to reassign this case to another judge.

IT IS SO ORDERED.

Signed: January 26, 2023

Graham C. Mullen
United States District Judge