IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00506-KDB-DCK

| HONEYWELL INTERNATIONAL INC.; HAND HELD PRODUCTS, INC.; AND METROLOGIC INSTRUMENTS, INC., | |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| OPTO ELECTRONICS CO., LTD., | |
| Defendant. | |

**THIS MATTER** is before the Court on the Parties' respective objections to their deposition designations. The Court resolves the objections as set forth below:

| Witness | Designation | Page and Line Number | Objections | Ruling on Objections |
|---|---|---|---|---|
| Kohmo, Y. | Plaintiffs' Designation | 63:9-16 | Rule 407, OPTO MIL 1 | Sustain |
| Kohmo, Y. | Plaintiffs' Designation | 63:25-64:4 | Rule 407, OPTO MIL 1 | Sustain |
| Kohmo, Y. | Plaintiffs' Designation | 66:6-8; 66:10-17 | Hearsay | Sustain |
| Kohmo, Y. | Plaintiffs' Designation | 66:23-67:5; 67:7 | Hearsay | Sustain |
| Stoop, K. | Plaintiffs' Designation | 28:6-15 | Rule 407, OPTO MIL 1 | Sustain |
| Stoop, K. | Plaintiffs' Designation | 28:24-29:9 | Rule 407, OPTO MIL 1 | Sustain |
| Stoop, K. | Plaintiffs' Designation | 29:20-24; 30:2-5 | Rule 407, OPTO MIL 1 | Sustain |
| Stoop, K. | Plaintiffs' Designation | 30:23-31:7; 31:12 | Rule 407, OPTO MIL 1 | Sustain |
| Stoop, K. | Plaintiffs' Designation | 32:15-21; 33:2 | Rule 407, OPTO MIL 1 | Sustain |

1

| | | | | |
|---|---|---|---|---|
| Stoop, K. | Plaintiffs' Designation | 33:6-14; 33:16-21 | Rule 407, OPTO MIL 1 | Sustain |
| Stoop, K. | Plaintiffs' Designation | 34:4-9 | Rule 407, OPTO MIL 1 | Sustain |
| Stoop, K. | Plaintiffs' Designation | 38:18-21;38:23-25; 39:2-5; 39:7- 11: 39:13 | Rule 407, OPTO MIL 1 | Sustain |
| Stoop, K. | Plaintiffs' Designation | 63:3-4; 63:6-7; 63:14-16 | Relevance | Sustain |
| Stoop, K. | Defendant's Counter Designation | 70:17-71:5 | Incomplete (need 71:6-11 and 71:18-24 for completeness) | Sustain, the additional lines requested should be read |
| Stoop, K. | Plaintiffs' Designation | 72:9-14; 72:16-21 | Foundation, hearsay | Sustain |
| Stoop, K. | Plaintiffs' Designation | 100:6-11, 100:24-101:1 | Rule 407, OPTO MIL 1 | Sustain |
| Stoop, K. | Defendant's Counter Designation | 107:15-108:16 | Leading | Overruled |
| Stoop, K. | Defendant's Counter Designation | 108:17-21 | Leading | Overruled |
| Stoop, K. | Defendant's Counter Designation | 108:22-24 | Leading | Overruled |
| Stoop, K. | Defendant's Counter Designation | 108:25-109:1 | Leading | Overruled |
| Stoop, K. | Defendant's Counter Designation | 109:2-3 | Leading | Overruled |
| Stoop, K. | Defendant's Counter Designation | 109:4-5 | Leading | Overruled |
| Tanaka, S. | Plaintiffs' Designation | 62:20-22; 63:7-9 | Rule 407, OPTO MIL 1, Outside Scope of 30(b)(6) | Sustain |
| Tanaka, S. | Plaintiffs' Designation | 64:23-25 | Relevance (objection to use at jury trial only) | Sustain, as to jury trial |
| Tanaka, S. | Plaintiffs' Designation | 65:1-3; 65:6-12 | Relevance (objection to use at jury trial only) | Sustain, as to jury trial |
| Tanaka, S. | Plaintiffs' Designation | 65:13-15; 65:18- 20 | Relevance (objection to use at jury trial only) | Sustain, as to jury trial |

| | | | | |
|---|---|---|---|---|
| Tanaka, S. | Plaintiffs' Designation | 66:13-20 | Relevance (objection to use at jury trial only) | Sustain, as to jury trial |
| Tanaka, S. | Plaintiffs' Designation | 66:21-23 | Relevance, Rule 403 (objection to use at jury trial only) | Sustain, as to jury trial |
| Tanaka, S. | Plaintiffs' Designation | 67:14-16; 67:20- 68:5 | Relevance (objection to use at jury trial only) | Sustain, as to jury trial |
| Tanaka, S. | Plaintiffs' Designation | 68:11-12; 68:16 | Relevance, Rule 403 (objection to use at jury trial only) | Sustain, as to jury trial |
| Tanaka, S. | Plaintiffs' Designation | 68:17-25 | Relevance (objection to use at jury trial only) | Sustain, as to jury trial |
| Tanaka, S. | Defendant's Counter Designation | 69:5-70:12 | Not responsive to designations | Sustained, not relevant to jury trial |
| Tanaka, S. | Plaintiffs' Designation | 71:10-11; 71:15 – 18; 71:20-21: 71:24-25 | Relevance (objection to use at jury trial only) | Sustained, not relevant to jury trial |
| Tanaka, S. | Plaintiffs' Designation | 72:1-7; 72:11-25; 73:1-2; 73:5 | Relevance (objection to use at jury trial only) | Sustained, not relevant to jury trial |
| Tanaka, S. | Plaintiffs' Designation | 84:2-12 | Relevance, Rule 403, Outside Scope of 30(b)(6) | Sustain Relevance |
| Tanaka, S. | Plaintiffs' Designation | 84:13-15; 84:20- 25; 85:1-3 | Relevance, Rule 403, Outside Scope of 30(b)(6) | Sustain Relevance |
| Tanaka, S. | Plaintiffs' Designation | 85:4-7; 85:13-19 | Relevance, Rule 403, OPTO MIL 3 | Sustain |
| Tanaka, S. | Plaintiffs' Designation | 85:20-23; 86:4--21 | Relevance, Rule 403, OPTO MIL 3 | Sustain |
| Tanaka, S. | Plaintiffs' Designation | 86:20-21; 87:3-8 | Relevance, Rule 403, OPTO MIL 3 | Sustain |
| Stoop, K. | Plaintiff's Counter Designation | 28:6 – 28:15 | Rule 407 MIL 1 Not Proper Counter | Sustain |
| Stoop, K. | Plaintiff's Counter Designation | 28:24 – 29:9 | Rule 407 MIL 1 | Sustain |

| | | | Not Proper Counter | |
|---|---|---|---|---|
| Stoop, K. | Plaintiff's Counter Designation | 29:20 – 29:24; 30:2-5 | Rule 407 MIL 1 Not Proper Counter | Sustain |
| Stoop, K. | Plaintiff's Counter Designation | 30:14 – 30:16 | Rule 407 MIL 1 Not Proper Counter | Sustain |
| Stoop, K. | Plaintiff's Counter Designation | 30:23 – 31:7 | Rule 407 MIL 1 Not Proper Counter | Sustain |
| Stoop, K. | Plaintiff's Counter Designation | 31:12, 31:14 – 31:16, 31:18 | Rule 407 MIL 1 Not Proper Counter | Sustain |
| Stoop, K. | Plaintiff's Counter Designation | 32:15 – 32:21, 33:2 | Rule 407 MIL 1 Not Proper Counter | Sustain |
| Stoop, K. | Plaintiff's Counter Designation | 33:6 – 33:14, 33:16 – 33:21 | Rule 407 MIL 1 Not Proper Counter | Sustain |
| Stoop, K. | Plaintiff's Counter Designation | 34:4 – 34:9 | Rule 407 MIL 1 Not Proper Counter | Sustain |
| Stoop, K. | Plaintiff's Counter Designation | 38:18 – 38:21, 38:23 – 38:25, 39:2 – 39:5 | Rule 407 MIL 1 Not Proper Counter | Sustain |
| Stoop, K. | Plaintiff's Counter Designation | 39:7 – 39:11, 39:13 | Rule 407 MIL 1 Not Proper Counter | Sustain |
| Stoop, K. | Plaintiff's Counter Designation | 63:3-4; 63:6-7; 63:14-16 | Relevance | Sustain |
| Stoop, K. | Plaintiff's Counter Designation | 68:18-22 | Not Proper Counter | Overruled |
| Stoop, K. | Plaintiff's Counter Designation | 87:11 – 87:18 | Not Proper Counter | Overruled |
| Stoop, K. | Plaintiff's Counter Designation | 88:2 – 89:20 | Not Proper Counter | Overruled |
| Stoop, K. | Plaintiff's Counter Designation | 90:14 – 91:5 | Not Proper Counter | Overruled |
| Stoop, K. | Plaintiff's Counter Designation | 92:6 – 93:20 | Not Proper Counter | Overruled |
| Stoop, K. | Plaintiff's Counter Designation | 93:21 – 94:21 | Rule 407 MIL 1 Not Proper Counter | Sustain |
| Stoop, K. | Plaintiff's Counter Designation | 95:13 – 95:20 | Rule 407 MIL 1 Not Proper Counter | Sustain |

| | | | | |
|---|---|---|---|---|
| Stoop, K. | Plaintiff's Counter Designation | 100:6 – 100:11 | Rule 407<br>MIL 1<br>Not Proper Counter<br>Argumentative | Sustain |
| Stoop, K. | Plaintiff's Counter Designation | 100:24, 101:1 | Rule 407<br>MIL 1<br>Not Proper Counter | Sustain |
| Stoop, K. | Defendant's Designation | 106:6 – 106:17 | Rule 402<br>Rule 403<br>Leading | Sustain |
| Stoop, K. | Defendant's Designation | 109:17 – 110:1 | Rule 402<br>Rule 403<br>Contrary to MI | Overruled |
| Stoop, K. | Defendant's Designation | 111:9 – 111:19 | Rule 402 Rule 403<br>Contrary to MI | Overruled |
| Tanaka, S. | Plaintiff's Counter Designations | 16:3 – 16:20 | Incomplete<br>If this counter-designation is accepted, 16:21-25 must also be accepted because the witness corrects the statement that he did attend the mediation. | Sustain |
| Tanaka, S. | Plaintiff's Counter Designation | 25:20-25:23;<br>26:4 – 26:7 | Rule 401<br>Rule 403 | Overruled, but the answer should stop at "U.S. based law firm." |
| Tanaka, S. | Plaintiff's Counter Designation | 26:22 – 26:23<br>27:5 | Rule 401<br>Rule 403<br>Vague | Sustain |
| Tanaka, S. | Plaintiff's Counter Designation | 27:7 – 27:12<br>27:17 – 27:19 | Rule 401<br>Rule 403<br>Vague | Sustain |
| Tanaka, S. | Plaintiff's Counter Designation | 27:20 – 27:25<br>28:4 – 28:5 | Rule 401<br>Rule 403<br>Vague | Sustain |
| Tanaka, S. | Plaintiff's Counter Designation | 29:1 – 29:9<br>29:15 – 29:18 | MIL 3<br>Rule 401<br>Rule 403 | Sustain |
| Tanaka, S. | Plaintiff's Counter Designation | 29:19 – 29:24 | MIL 3<br>Rule 401 | Sustain |

| | | | Rule 403 | |
|---|---|---|---|---|
| Tanaka, S. | Defendant's Designations | 31:4 – 31:6<br>31:12 – 31:20 | Hearsay<br>HW MIL 1<br>Improper attempt to use privilege as a sword and a shield | Sustain |
| Tanaka, S. | Defendant's Designations | 31:21 – 31:23<br>32:2 – 32:3 | Hearsay<br>HW MIL 1<br>Improper attempt to use privilege as a sword and a shield | Sustain |
| Tanaka, S. | Defendant's Designations | 32:5 – 32:9<br>32:13 – 32:15 | Hearsay<br>HW MIL 1<br>Improper attempt to use privilege as a sword and a shield | Sustain |
| Tanaka, S. | Defendant's Designations | 32:19 – 32:20<br>33:2 – 33:3 | Hearsay<br>Relevance<br>HW MIL 1<br>Improper attempt to use privilege as a sword and a shield | Sustain |
| Tanaka, S. | Defendant's Designations | 33:4 – 33:9<br>33:14 – 33:16 | Hearsay<br>Relevance<br>HW MIL 1<br>Improper attempt to use privilege as a sword and a shield | Sustain |
| Tanaka, S. | Plaintiffs' Counter Designations | 34:3 – 34:7 | Calls for attorney-client privileged communications<br>Rule 401<br>Rule 403 | Sustain |
| Tanaka, S. | Plaintiffs' Counter Designations | 35:21 – 36:1<br>36:5 – 36:6 | Calls for attorney-client privileged communications<br>Rule 401<br>Rule 403 | Sustain |
| Tanaka, S. | Defendant's Designations | 37:1 – 37:2 37:7 – 37:11 | Hearsay<br>Relevance | Sustain |

| | | | | |
|---|---|---|---|---|
| | | | HW MIL 1 Improper attempt to use privilege as a sword and a shield | |
| Tanaka, S. | Defendant's Designations | 37:12 37:21 – 37:23 | Hearsay Relevance HW MIL 1 Improper attempt to use privilege as a sword and a shield | Sustain |
| Tanaka, S. | Defendant's Designations | 37:24 – 37:25 38:5 – 38:7 | Hearsay Relevance HW MIL 1 Improper attempt to use privilege as a sword and a shield | Sustain |
| Tanaka, S. | Plaintiffs' Counter Designations | 38:8 – 38:22 | Calls for attorney-client privileged communications Rule 401 Rule 403 | Sustain |
| Tanaka, S. | Defendant's Designations | 40:23 – 40:25 41:1 – 41:4 | Hearsay Relevance HW MIL 1 Improper attempt to use privilege as a sword and a shield | Sustain |
| Tanaka, S. | Defendant's Designations | 46:16 – 46:18 46:23 – 46:25 47:1 – 47:2 | Hearsay Relevance HW MIL 1 Improper attempt to use privilege as a sword and a shield | Sustain |
| Tanaka, S. | Defendant's Designations | 66:18 – 66:20 | *Relevance (as to use at jury trial only)* | Sustain, as to jury trial |
| Tanaka, S. | Defendant's Designations | 66:21 – 66:23 | *Relevance (as to use at jury trial only)* | Sustain, as to jury trial |

| | | | | |
|---|---|---|---|---|
| Tanaka, S. | Defendant's Designations | 66:24 – 66:25<br>67:4 | *Relevance (as to use at jury trial only)* | Sustain, as to jury trial |
| Tanaka, S. | Defendant's Designations | 67:4 – 67:7 | *Relevance (as to use at jury trial only)* | Sustain, as to jury trial |
| Tanaka, S. | Defendant's Designations | 67:8 – 67:10 | *Relevance (as to use at jury trial only)* | Sustain, as to jury trial |
| Tanaka, S. | Defendant's Designations | 67:11 – 67:13 | *Relevance (as to use at jury trial only)* | Sustain, as to jury trial |
| Tanaka, S. | Defendant's Designations | 67:14 – 67:16<br>67:20 – 67:21 | *Relevance (as to use at jury trial only)* | Sustain, as to jury trial |
| Tanaka, S. | Defendant's Designations | 69:5 – 70:12 | Relevance<br>Hearsay<br>Going against Summary Judgment Order | Overrule |
| Tanaka, S. | Plaintiffs' Counter Designations | 70:13 – 70:16<br>70:23 – 70:24 | MIL 1<br>Rule 401<br>Rule 403<br>Rule 407<br>Calls for Speculation | Sustain |
| Tanaka, S. | Plaintiffs' Counter Designations | 82:12 – 82:16<br>82:24 – 83:4 | MIL 3<br>Rule 401<br>Rule 403<br>Not Proper Counter | Sustain |
| Tanaka, S. | Plaintiffs' Counter Designations | 84:2 – 84:15<br>84:20 – 84:25 | MIL 3<br>Rule 401<br>Rule 403<br>Not Proper Counter | Sustain |
| Tanaka, S. | Plaintiffs' Counter Designations | 85:1 – 85:7<br>85:13 – 85:19 | MIL 3<br>Rule 401<br>Rule 403<br>Not Proper Counter | Sustain |
| Tanaka, S. | Plaintiffs' Counter Designations | 85:20 – 85:23<br>86:4 – 86:11 | MIL 3<br>Rule 401<br>Rule 403<br>Not Proper Counter | Sustain |
| Tanaka, S. | Plaintiffs' Counter Designations | 86:12 – 86:19 | MIL 3<br>Rule 401<br>Rule 403<br>Not Proper Counter | Sustain |

| Tanaka, S | Plaintiffs' Counter Designations | 86:20 – 86:21<br>87:3 – 87:8 | MIL 3<br>Rule 401<br>Rule 403<br>Not Proper Counter | Sustain |

**SO ORDERED ADJUDGED AND DECREED**. Signed: July 13, 2023

Kenneth D. Bell
United States District Judge