IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00506-KDB-DCK

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.; HAND HELD PRODUCTS, INC. AND METROLOGIC INSTRUMENTS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>OPTO ELECTRONICS CO., LTD.,<br><br>    Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the Parties' Notice of Objections During De Bene Esse Deposition of Paul Chartier (Joint) (Doc. No. 321). The Court has carefully considered the objections from both Parties and determines that each of the asserted objections are overruled. The Parties may collectively designate any portion of Mr. Chartier's testimony for trial or present it in its entirety if they choose to do so.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: July 14, 2023

*/s/ Kenneth D. Bell*
Kenneth D. Bell
United States District Judge