IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00506-KDB-DCK

HONEYWELL INTERNATIONAL INC.; HAND HELD PRODUCTS, INC. AND METROLOGIC INSTRUMENTS, INC.,

    Plaintiffs,

v.

OPTO ELECTRONICS CO., LTD.,

    Defendant.

FILED
Charlotte, NC

JUL 19 2023

Clerk, US District Court
Western District NC

## Verdict Sheet – Causes of Action

1. Did OPTO breach the Parties' Settlement Agreement by failing to timely pay Honeywell all royalties due under the Agreement?

   √ Yes     ____ No

2. Is OPTO entitled to succeed on its defense of Unilateral Mistake?

   ____ Yes     √ No

3. Is OPTO entitled to succeed on its defense of Quasi-Estoppel?

   ____ Yes     √ No

Answer question four only if you answered question 1 "no" or answered either question 2 or 3 "yes."

**4.** Did Honeywell breach the implied covenant of good faith and fair dealings in its contract with OPTO?

\_\_\_\_\_ Yes   \_\_\_\_\_ No

███████████

FOREPERSON

7/19/2023

DATE