# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Hand Held Products, Inc. | ) | JUDGMENT IN CASE |
| Honeywell International Inc. | ) | |
| Metrologic Instruments, Inc., | ) | |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00506-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| OPTO Electronics Co., Ltd., | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Jury Trial and Bench Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict dated July 19, 2023 and the Court's July 20, 2023 oral findings.

July 20, 2023

Katherine Hord Simon, Clerk
United States District Court