# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Hand Held Products, Inc. ) | | AMENDED JUDGMENT |
| Honeywell International Inc. ) | | |
| Metrologic Instruments, Inc., ) | | |
| ) | | |
| Plaintiff(s), ) | | 3:21-cv-00506-KDB-DCK |
| ) | | |
| vs. ) | | |
| ) | | |
| OPTO Electronics Co., Ltd., ) | | |
| ) | | |
| Defendant(s). ) | | |

DECISION BY COURT. This action having come before the Court by Jury Trial and Bench Trial and decisions having been rendered -- first, a Jury Verdict and the Court's findings of fact and conclusion of law stated on the record on July 20, 2023, and then, on July 26, 2023, an Order amending the Judgment to reflect stipulated damages awarded in favor of Plaintiffs on the Jury Verdict;

IT IS ORDERED AND ADJUDGED that the Judgment entered on July 20, 2023, is hereby amended, pursuant to the Court's July 26, 2023, Order, and an Amended Judgment is entered as follows: Plaintiff is awarded damages on the Jury Verdict in the amount of $859,741.

July 26, 2023

*(signature)*

Katherine Hord Simon, Clerk
United States District Court