FILED: October 2, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1850
(3:21-cv-00506-KDB-DCK)

_____

HONEYWELL INTERNATIONAL INC.; HAND HELD PRODUCTS, INC.; METROLOGIC INSTRUMENTS, INC.

      Plaintiffs - Appellants

v.

OPTO ELECTRONICS CO., LTD.

      Defendant - Appellee

_____

O R D E R

_____

Upon consideration of appellee's unopposed motion for abeyance, the court grants the motion and places this case in abeyance pending the adjudication of a post-trial motion by the district court.

The parties shall file a status report on November 1, 2023, and every thirty days thereafter and shall notify the court immediately when the district court has ruled on the motion.

      For the Court

      /s/ Nwamaka Anowi, Clerk