IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., HAND HELD PRODUCTS, INC., and METROLOGIC INSTRUMENTS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>OPTO ELECTRONICS CO., LTD., <br><br>Defendant. | Case No. 3:21-cv-00506 <br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEAL OF DEFENDANT OPTO ELECTRONICS CO., LTD.

Notice is hereby given that Defendant OPTO Electronics Co., Ltd. ("OPTO") appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment entered in this action on July 20, 2023 (Dkt. 353), as amended July 26, 2023 (Dkt. 358); the Order entered in this action on September 27, 2023 (Dkt. 394) denying OPTO's Motion for Judgment as a Matter of Law; and all orders, opinions, and rulings that merge into the Judgment, including but not limited to the Order entered in this action on April 20, 2023 (Dkt. 195) granting partial summary judgment to Plaintiffs and denying summary judgment to OPTO.

Dated: October 4, 2023

                                               Respectfully submitted,

                                               **MCGUIREWOODS LLP**

                                               */s/ Robert A. Muckenfuss*
                                               Robert Muckenfuss, NC State Bar #28218
                                               Zachary L. McCamey, NC State Bar #53540
                                               Jessica O'Brien, NC State Bar #56679
                                               MCGUIREWOODS LLP
                                               201 N. Tryon Street, Suite 3000

Charlotte, North Carolina 28202
Telephone: 704 343 2351 Facsimile: 704 444 8869
rmuckenfuss@mcguirewoods.com
zmccamey@mcguirewoods.com
jobrien@mcguirewoods.com

Tyler T. VanHoutan
MCGUIREWOODS LLP
Texas Tower, Ste 2400 | 845 Texas Avenue
Houston, TX 77002
Telephone: 832-214-9911
tvanhoutan@mcguirewoods.com

Christine E. Lehman
Connor S. Houghton
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1909 K St, NW, Suite 800
Washington, DC 20006
Telephone: 650-623-1401
clehman@reichmanjorgensen.com
choughton@reichmanjorgensen.com

York M. Faulkner
YORKMOODYFAULKNER
Tensho Bldg., 7F, Suite 711
3-17-11 Shibaura, Minato-ku
Tokyo, Japan 108-0023
Telephone: +1-202-251-0837
york.faulkner@ymf-law.com

*Attorneys for Defendant Opto Electronics Co., LTD.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2023, the foregoing was served upon all counsel of record via the Court's CM/ECF System.

>*/s/ Robert A. Muckenfuss*
>Robert A. Muckenfuss