FORM 7. Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

[✓] United States District Court for the Western District of North Carolina
[ ] United States Court of International Trade
[ ] United States Court of Federal Claims
[ ] United States Court of Appeals for Veterans Claims

Type of case: Contract

Honeywell International Inc. et al v. OPTO Electronics Co., Ltd.

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. 3:21-cv-00506-KDB-DCK    Date of Judgment or Order 7/20/2023
Cross or related appeal? _____    Date of Notice of Appeal 10/27/2023
Appellant is: [✓] Plaintiff  [ ] Defendant  [ ] Other (explain) _____
FEES:    Court of Appeals docket fee paid?    [ ] Yes  [✓] No
         U.S. Appeal?                         [ ] Yes  [ ] No
         In forma pauperis?                   [ ] Yes  [ ] No
Is this matter under seal?  [ ] Yes  [✓] No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

See attached.

COURT REPORTER: (Name and telephone): See attached.

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Federal Circuit Appeal Information Sheet Attachment

Honeywell International Inc. et al v. OPTO Electronics Co., Ltd.
USDC - NCWD Case No. 3:21-cv-506-KDB

**Plaintiffs and Counter Defendants:** Honeywell International Inc., Hand Held Products, Inc., Metrologic Instruments, Inc.

Brandon C.E. Springer
Alston & Bird LLP
Vantage South End
1120 South Tryon Street
Suite 300
Charlotte, NC 28203-6818
704-444-1007

Lauren Nichole Griffin
Alston & Bird LLP
1120 S. Tryon Street
Suite 300
Charlotte, NC 28203-6818
704-444-1059

Matthew Scott Stevens
Alston & Bird LLP
1120 South Tryon Street
Suite 300
Charlotte, NC 28203-6818
704-444-1000

Michael R Hoernlein
Alston & Bird LLP
Vantage South End
1120 South Tryon Street
Suite 300
Charlotte, NC 28203-6818
704-444-1041

S. Benjamin Pleune
Alston & Bird LLP
1120 S. Tryon Street
Suite 300
Charlotte, NC 28203-6818
704-444-1098

Stephen Richard Lareau
Alston and Bird
101 South Tryon Street
Suite 4000
Charlotte, NC 28280
7044441083

Nicholas Christopher Marais
Alston & Bird LLP
North Carolina
101 S Tryon St
Ste 4000
Charlotte, NC 28280-4000
704-444-1283

**Defendant and Counter Claimant**: OPTO Electronics Co., Ltd.

Christine E. Lehman
Reichman Jorgensen Lehman & Feldberg LLP
1909 K St, NW
Suite 800
Washington, DC 20006
650-623-1401

Connor S. Houghton
Reichman Jorgensen Lehman & Feldberg LLP
1909 K St, NW
Suite 800
Washington, DC 20006
202-894-7315

Jessica Lynn O'Brien
McGuireWoods LLP
201 N. Tryon Street
Ste. 3000
Charlotte, NC 28202
704-343-2395

Robert A. Muckenfuss
McGuireWoods LLP
P.O. Box 31247
Charlotte, NC 28231
704-343-2000

Tyler T. VanHoutan
McGuireWoods LLP
Texas Tower
845 Texas Avenue
Ste 2400
Houston, TX 77002
832-214-9911

York M. Faulkner
YorkMoodyFaulkner
Tensho Bldg., 7F
3-17-11 Shibaura
Ste 711
Tokyo
Japan
+12022510837
Fax: +12029723802

Zachary L. McCamey
McGuireWoods LLP
201 N Tryon Street, Suite 3000
Charlotte, NC 28202
704-343-2070
Fax: 704-444-8870

**Interested Party:** Alston & Bird LLP

S. Benjamin Pleune
(See above for address)

**Court Reporters:**
Kathleen Cortopassi – 704-350-7400
Debra Cohen-Rojas – 704-350-7497
Jillian Turner – 704-350-7495
Cheryl Nuccio – 704-350-7494